428 A.2d 247

Commonwealth v. Kelliher, Appellant.

Argued December 5, 1979. Paul W. Kilgore, for appellant;

* President Judge John Q. Stranahan of the Court of Common Pleas of Mercer County, Pennsylvania, and Judge Leonard Sugerman of the Court of Common Pleas of Chester County, are sitting by designation.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

· The judgment of sentence of the lower court is hereby affirmed.